IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRIEDA T. JONES,

    Plaintiff,

      v.

    CIVIL ACTION FILE
    NO. 1:17-CV-1589-TWT

DAL GLOBAL SERVICES, LLC, et
al.,

    Defendants.

## ORDER

This is an employment discrimination action. It is before the Court on the
Report and Recommendation [Doc. 41] of the Magistrate Judge recommending that
the Defendant Grane's Motion to Dismiss [Doc. 25] should be denied and that the
Plaintiff's Motion for Leave to Amend [Doc. 32] should be granted in part and denied
in part. No objections to the Report and Recommendation have been filed. The Court
approves and adopts the Report and Recommendation as the judgment of the Court.
The Defendant Grane's Motion to Dismiss [Doc. 25] is DENIED. The Plaintiff's
Motion for Leave to Amend [Doc. 32] is GRANTED in part and DENIED in part. The
Plaintiff is ordered to file a Second Amended Complaint removing her proposed
claims of assault and battery within 7 days of this order, which will serve as the

controlling complaint in this action. The Defendants Nippon and Grane are ordered

to respond within 14 days of the docketing of the Second Amended Complaint.

SO ORDERED, this 26 day of February, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge